# United States District Court

__WESTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA
v.

JOSE SANABRIA

## WARRANT FOR ARREST

CASE NUMBER: 07-M

To: The United States Marshal
and any Authorized United States Officer

FILED
U.S. DISTRICT COURT
W.D. - N.Y.
SEP 14 2007
AT _____ O'C _____
BY _____
TITLE _____

YOU ARE HEREBY COMMANDED to arrest __JOSE SANABRIA__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( )Indictment  ( )Information  (X)Complaint  ( )Order of Court  ( )Violation Notice  ( )Probation Violation Petition

charging him or her with   (brief description of offense)

knowingly, willfully and unlawfully conspiring to possess with intent to distribute and to distribute herion, a Schedule I controlled substance, and did knowingly, intentionally and unlawfully use a communication facility to commit a drug felony

all in violation of Title __21__ United States Code, Section(s) __841, 843(b) and 846__

__HON. H. KENNETH SCHROEDER, JR.__   __U.S. Magistrate Judge__
Name of Issuing Officer                              Title of Issuing Officer

_[signature]_                                        __August 15, 2007, Buffalo, N.Y.__
Signature of Issuing Officer                         Date and Location

Bail fixed at $ _____  by _____
                                     Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __33 ECKHERT, BUFFALO, NY__

| DATE RECEIVED 8/28/07 | NAME AND TITLE OF ARRESTING OFFICER SA ADAM SUCHESKI | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 8/24/07 | | |