IN THE DISTRICT COURT OF THE UNITED STATES

For the Western District of New York

```
                                    MAY 2007 GRAND JURY
                                   (Impaneled May 4, 2007)
```

THE UNITED STATES OF AMERICA

    *-vs-*

**PEDRO ANTONETTY**, a/k/a            SUPERSEDING
  *JUNIOR*, a/k/a *JUNESKI*,           INDICTMENT
**JORGE OLIVERA**, a/k/a
  *GEORGE*, a/k/a *GEORGIE*,           07-CR-187-S
**CARMELO MERCADO**, a/k/a
  *UNCLE BOO*, a/k/a *BOOBIE*,        Violation:
**ISRAEL CONCEPCION**, a/k/a          Title 21, United States Code, Section 846
  *JUNITO*,
**JUAN ANTONETTY**, a/k/a
  *SHORTY*,
**ARAMIS FOURNIER**, a/k/a
  *SMURF*,
**ANTHONY MENDEZ,** a/k/a
  *ANT*, a/k/a *MENOR*,
**JONATHAN ROSARIO,** a/k/a
  *JOHN B*,
**JOSE SANABRIA**, a/k/a
  *ZANAHORIA*,
**CHRISTIAN ROSARIO,** a/k/a
  *PG*,
**RICHARD VEGA,** a/k/a
  *RICHIE*,
**JOSE CRUZ,** a/k/a
  *FLACKO*, **and**
**ROBERT GARIGAL**

**COUNT 1**

**The Grand Jury Charges:**

From in or about December 2006, the exact date being unknown, to on or about August 10, 2007, in the Western District of New York and elsewhere, the defendants, PEDRO ANTONETTY a/k/a Junior a/k/a Juneski, JORGE OLIVERA, a/k/a George a/k/a Georgie, CARMELO MERCADO a/k/a Uncle Boo a/k/a Boobie, ISRAEL CONCEPCION a/k/a Junito, JUAN ANTONETTY a/k/a Shorty, ARAMIS FOURNIER a/k/a Smurf, ANTHONY MENDEZ a/k/a Ant a/k/a Menor, JONATHAN ROSARIO a/k/a John B, JOSE SANABRIA a/k/a Zanahoria, CHRISTIAN ROSARIO a/k/a PG, RICHARD VEGA a/k/a Richie, JOSE CRUZ a/k/a Flacko, and ROBERT GARIGAL, did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit offenses against the United States, that is, to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute, 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

DATED:  Buffalo, New York, December 4, 2007.

                TERRANCE P. FLYNN
                United States Attorney


                **S/TIMOTHY C. LYNCH**
BY:   TIMOTHY C. LYNCH
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716-843-5700, ext. 846
       timothy.lynch@usdoj.gov

A TRUE BILL:


**S/FOREPERSON**
FOREPERSON