**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

FILED
OCT 16 2008
UNITED STATES DISTRICT COURT
RODNEY C. EARLY, CLERK
WESTERN DISTRICT OF NY

**UNITED STATES OF AMERICA,**

                    **Plaintiff,**

                                                    **DOCKET NO. 07-CR-187S**

          **v.**

**JOSE CRUZ,**

                    **Defendant.**

### REPORT AND RECOMMENDATION

          By Order of Judge William M. Skretny dated October 8, 2008, the above

case was referred to me, with the consent of the defendant, to take the defendant's

plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of

Criminal Procedure for a Report and Recommendation.  The following is my Report and

Recommendation as to the defendant's plea of guilty.

          On October 16, 2008, the defendant entered a plea of guilty in this case,

as set forth in the transcript of the plea proceeding, which is transmitted with this written

Report and Recommendation.  In accordance with my oral Report and

Recommendation at the close of the plea proceeding, it is my Report and

Recommendation that the defendant's plea of guilty accords with the requirements of

2

Rule 11 of the Fed. R. Crim. P. and that Your Honor adjudge the defendant guilty of the

offense(s) to which the guilty plea was offered.

**SO ORDERED.**

DATED:        October 16, 2008
              Buffalo, New York


              H. KENNETH SCHROEDER, JR.
              **United States Magistrate Judge**